1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )    Case №: 5:25-MJ-00023-1-CDB
                                       )
9              Plaintiff,             )         **O R D E R**
                                       )      **APPOINTING COUNSEL**
10        vs.                          )
                                       )
11   CESAR ENRIQUE BARREIRO,          )
                                       )
12             Defendant.             )
                                       )
13   _____ )

14         The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18         IT IS HEREBY ORDERED that David A. Torres be appointed to represent Defendant in

19   this case effective *nunc pro tunc* to March 11, 2025, for the arraignment and detention hearing

20   only.

21

22   IT IS SO ORDERED.

23     Dated:   **March 12, 2025**        _____

24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28